**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| C.C., individually and on behalf of all others Similarly situated, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MED-DATA INCORPORATED, )<br>)<br>Defendant. ) | Cause No.: 21-2301-DDC-GEB |

## DEFENDANT MED-DATA INC.'S MOTION TO DISMISS

Defendant, MED-DATA INCORPORATED ("Med-Data"), by and through its attorneys, Wallace Saunders and Wilson Elser Moskowitz Edelman & Dicker, LLP, respectfully moves the Court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing plaintiff's Petition with prejudice. This motion is based upon the accompanying supporting suggestions, undisputed facts, and all pleadings, written instruments, papers, and proceedings filed and held to date in this action.

DATED: August 5, 2021

                                    Respectfully submitted,

                                    MED-DATA, INC.

                    By:    /s/ *Theodore A. Kardis*
                            Theodore A. Kardis, #21052 (KS)
                            WALLACE SAUNDERS
                            10111 West 87th Street
                            Overland Park, KS 66212
                            913-888-1000 (Phone)
                            913-888-1065 (Fax)
                            tkardis@wallacesaunders.com

*/s/ Jesse J. Gray*
***Pro Hac Vice Application Forthcoming***
Daniel E. Tranen, #48585 (MO)
Jesse J. Gray, #68855 (MO)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
101 West Vandalia Street, Suite 220
Edwardsville, IL 62025
618-307-0200 (Phone)
618-307-0221 (Fax)
daniel.tranen@wilsonelser.com
jesse.gray@wilsonelser.com

*Attorneys for Med-Data Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using ECF system on this 5th day of August 2021, which shall send a notice of electronic filing to all counsel of record.

*/s/ Theodore A. Kardis*

2